UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CARMEN M. RIVERA MERCADO,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
---------------------------------------------------------------X

**ORDER**

26 Civ. 2081 (NSR)(JCM)

On June 29, 2026, the Commissioner filed his Brief in Opposition to Plaintiff's Request for Review of a Social Security Decision Under 42 U.S.C. § 405(g). (Docket No. 10). Pursuant to the Court's Standing Order, "[i]f the plaintiff disagrees with the disposition requested by the Commissioner [in his motion], the plaintiff may file an opposition brief and serve it on the Commissioner within 14 days after service of the Commissioner's brief. *In re: Briefing of Social Security Cases*, 1:22-mc-00329-LTS (S.D.N.Y. Nov. 18, 2022). As of today, no reply has been filed. If the Plaintiff does not submit a reply by August 18, 2026, the Court will deem this matter fully submitted.

Dated: July 28, 2026
White Plains, New York

**SO ORDERED:**

JUDITH C. McCARTHY
United States Magistrate Judge